# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Robert H. Arents,

    Plaintiff,

    v.                      Case No. 1:17cv184

Norfolk Southern Corporation,        Judge Michael R. Barrett

    Defendant.

## ORDER

Pursuant to notification by the Magistrate Judge on December 14, 2020 that this matter is settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action.

The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                               *s/Michael R. Barrett*
                                               Michael R. Barrett, Judge
                                               United States District Court